**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Lawrence A. SAGE, Defendant— Appellant.**

**No. 04–30146.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 4, 2005.

Susan B. Dohrmann, Asst. U.S. Atty., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Timothy R. Lohraff, Esq., Federal Public Defender's Office, Seattle, WA, for Defendant–Appellant.

Before O'SCANNLAIN, CALLAHAN and BEA, Circuit Judges.

MEMORANDUM **

Lawrence A. Sage appeals the 27–month sentence imposed following his guilty plea conviction for possession of visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

§§ 2252(a)(4)(B) and (b)(2). We have jurisdiction pursuant to 18 U.S.C. § 3742.

We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

**REMANDED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.